THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALI AHMETI, Appellant.— STALEY, JR., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.